April 24,2006

The Honorable Judge Leonard Wexler
944 Federal Plaza
Central Islip, NY 11722

Dear Judge Wexler,
　　　　Enclosed please find my signed and notarized Application for a Certificate of Relief From Disabilities. I have been advised that I must request your authorization prior to submitting this to the Probation Department. Your cooperation would be greatly appreciated.
Thank you,

Richard Davis

Closed 98  92CR 1322



## STATE OF NEW YORK
## APPLICATION BY AN ELIGIBLE OFFENDER FOR
## A CERTIFICATE OF RELIEF FROM DISABILITIES

**FOR COURT OR BOARD OF PAROLE**
Docket, File or other Identifying No.

1. Applicant's Last Name  **Davis**   First Name  **Richard**   Middle Initial  **D**

3. NYSID Number (If known)  **51494-053**

2. Address (Street and No., City, State, Zip Code)  **431 Crest Dr. Northvale NJ 07647**

4. Sex  ☑ Male ☐ Female

5. Race  **Caucasican**

6. Height  **5** Ft. **8½** In.

7. Date of Birth (Month, Day, Year)  **4/4/52**

8. Crime or offense for which convicted  **Mail fraud/tax evasion**

9. Date of arrest  **12/92**

10. Date of sentence  **7/31/97**

11. Court of Sentence (Court, Part, Term, Venue)  **Hauppauge L.I. N.Y.**

12. Certificate requested from
☐ [a] Court Indicated in No. 11
☑ [b] State Board of Parole

13. If certificate being applied for is intended to replace an existing certificate enter issue date of original certificate

Date:         ☑ Not applicable

14. Application is hereby made for a grant of a "CERTIFICATE OF RELIEF FROM DISABILITIES" which will:

☐ [a]  Relieve the holder of all forfeitures, and of all disabilities and bars to employment, excluding the right to retain or to be eligible for public office, by virtue of the fact that the certificate is issued at the time of sentence.

☑ [b]  Relieve the holder of all disabilities and bars to employment, excluding the right to be eligible for public office.

☐ [c]  Relieve the holder of the forfeitures, disabilities or bars to employment hereinafter enumerated _____

15. The applicant agrees to allow an investigation to be made to determine his/her fitness for a certificate of relief from disabilities, pursuant to Art.23, Correction Law.

Applicant's Signature  *Richard Davis*        Date  **4/25/06**

LAURA BENVENUTO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 16, 2007

16. State of New York

County of  **Bergen**

**Richard Davis**  , being duly sworn, deposes and says that he/she is the applicant named in the within application ; that he/she has read the foregoing application and knows the contents thereof; that the same is true to his/her own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters he/she believes it to be true.

*Laura Benvenuto*

Sworn to before me this  **25th**  day of  **April**  ___ 2006

Court authorizes Probation Department to investigate - So ordered _____

✱ ✱ DENIED